# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA ANN RAY,** | : | **CIVIL ACTION NO. 1:18-cv-567** |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **ANDREW SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 8th day of July, 2019, upon consideration of the Stipulation (Doc. 24), it is hereby ORDERED that Plaintiff, Barbara Ann Ray, is awarded Six Thousand Three Hundred dollars and zero cents ($6,300.00) in attorney fees and Four Hundred dollars and zero cents ($400.00) under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania